IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dixie Consumer Products, LLC,

    Plaintiff,

    v.

AJM Packaging Corp.,

    Defendant.

Case No. 2:07-cv-288

JUDGE GRAHAM

### ORDER

The court will hold a hearing on plaintiff's motion for limited expedited discovery (Doc. 3) on **Thursday, April 19, 2007 at 10:30 a.m. in courtroom 5.**

It is so ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: April 13, 2007